# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **RAOGO OUEDRAOGO,** | |
| Petitioner | |
| | No. 1:16-CV-02434 |
| vs. | |
| | (Judge Rambo) |
| **CRAIG LOWE, et al.,** | |
| Respondents | |

# MEMORANDUM

Before the court is Raogo Ouedraogo's petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241. (Doc. No. 1.) The government has responded and does not oppose Ouedraogo's entitlement to a bond hearing before an immigration judge. *See Chavez-Alvarez v. Warden York County Prison*, 783 F.3d 469 (3d Cir. 2015); *Demore v. Kim*, 538 U.S. 510 (2003); *Singh v. Sabol*, Civ. No. 14-cv-1927, 2015 WL 3519075 (M.D. Pa. June 4, 2015).

It appears that Ouedraogo has been held in custody by ICE since May 5, 2016 and under the aforesaid case law is entitled to a bond hearing. An appropriate order will follow.

                                               s/Sylvia H. Rambo
                                               SYLVIA H. RAMBO
                                               United States District Judge

Dated: May 17, 2017