UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

**RAOGO OUEDRAOGO,**

　Petitioner

vs.

**CRAIG LOWE, et al.,**

　Respondents

No. 1:16-CV-02434

(Judge Rambo)

## ORDER

**AND NOW**, this 17th day of May, 2017, **IT IS HEREBY ORDERED THAT**:

1. Ouedraogo's petition for writ of habeas corpus is **GRANTED** as set forth below.

2. Within 30 days of the date hereof, Ouedraogo shall be provided with a bond hearing before an Immigration Judge.

3. The Clerk of Court shall **CLOSE** this case.

　s/Sylvia H. Rambo
　SYLVIA H. RAMBO
　United States District Judge